Marie Burke Kenny (Bar No. 183640)
E-mail: marie.kenny@procopio.com
Brook T. Barnes (Bar No. 276667)
E-mail: brook.barnes@procopio.com
Nicholas Kawuka (Bar No. 297579)
E-mail: nicholas.kawuka@procopio.com
PROCOPIO, CORY, HARGREAVES &
    SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Plaintiffs Charles Boykin and Dexcom, Inc.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXCOM, INC. and CHARLES BOYKIN,<br><br>Plaintiffs,<br><br>v.<br><br>MEDTRONIC, INC.,<br><br>Defendant. | Case No. 3:21-CV-01677-H-LL<br><br>**APPLICATION BY PLAINTIFFS FOR TEMPORARY RESTRAINING ORDER FOR INJUNCTIVE RELIEF**<br><br>**[FRCP 65(B)]**<br><br>Date:   TBD<br>Time:   TBD<br>Dept:   15A<br>Judge:  Hon. Marilyn L. Huff |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on _____, 2021, at 9:00 a.m., or as soon thereafter as this matter may be heard before the Honorable Marilyn L. Huff, in Dept 15A of the above captioned court located at 333 West Broadway, San Diego, CA 92101, Plaintiffs Charles Boykin and Dexcom, Inc. will and hereby do, move for a temporary restraining order for injunctive relief against Medtronic, Inc. pursuant to Rule 65(b) of the Federal Rules of Civil Procedure.

Plaintiffs seek a temporary restraining order and injunctive relief restraining and enjoining Defendant, and each of them, and their officers, agents, employees,

representatives, and all persons acting in concert or participating with them, from using or taking any actions within this Court's jurisdiction to enforce the facially void and unenforceable non-compete provisions in Medtronic's Employee Agreement with Boykin to bar Boykin from continuing to work for Dexcom in California. Plaintiffs seek a temporary restraining order to preserve the status quo until the Court can rule on a motion for a preliminary injunction.

Plaintiffs make their Application on the grounds that: (1) Plaintiffs demonstrated a likelihood that they will prevail on the merits on their claims for a declaratory judgment that California law governs the enforceability of the post-employment Non-Compete and Non-Solicitation of Employees restrictive covenants in Boykin's Employee Agreement with Medtronic, and that both provisions are void and unenforceable under California law, and on their claim for unfair and unlawful business practices based on Medtronic's attempts to enforce its unlawful restrictive covenants against a California employee and resident; (2)  Plaintiffs will suffer irreparable harm to personal and family finances and livelihood (in the case of Boykin) and day-to-day business operations (in the case of Dexcom) unless the Court issues a temporary restraining order preserving the status quo; (3) the balance of equities weigh in favor of issuing the temporary restraining order; and (4) the temporary restraining order would serve the important public interest in maintaining a fair and competitive marketplace and employee mobility.

Plaintiffs provided notice of this Application to Medtronic. This Application is based upon this Application, the accompanying Memorandum of Points and Authorities, and Declarations of Brook T. Barnes, Chuck Donlon and Charles Boykin.

DATED: September 29, 2021

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: s/ Brook T. Barnes
Marie Burke Kenny
Brook T. Barnes
Nicholas Kawuka
Attorneys for Plaintiffs Dexcom, Inc. and Charles Boykin