Marie Burke Kenny (Bar No. 183640)
E-mail:     marie.kenny@procopio.com
Brook T. Barnes (Bar No. 276667)
E-mail:     brook.barnes@procopio.com
Nicholas Kawuka (Bar No. 297579)
E-mail:     nicholas.kawuka@procopio.com
PROCOPIO, CORY, HARGREAVES &
    SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Plaintiff Charles Boykin

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXCOM, INC. and CHARLES BOYKIN,<br><br>    Plaintiffs,<br><br>v.<br><br>MEDTRONIC, INC.,<br><br>    Defendant. | Case No. 3:21-cv-01677-H-LL<br><br>**DECLARATION OF CHUCK DONLON IN SUPPORT OF PLAINTIFF CHARLES BOYKIN'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER FOR INJUNCTIVE RELIEF**<br><br>Date:    TBD<br>Time:    TBD<br>Dept:    15A<br>Judge:  Hon. Marilyn L. Huff |

## DECLARATION OF CHUCK DONLON

I, Chuck Donlon, declare as follows:

1. I am the Sr. Vice President, Quality Assurance at Dexcom, Inc.

2. I have personal knowledge of the facts set forth below, with the exception of those matters stated on information and belief, and as to those matters, I believe them to be true, and if called as a witness, I could and would competently testify thereto.

3. Plaintiff Dexcom was formed in 1999, and has its company headquarters in San Diego, California. Dexcom's mission is to empower people to take control of

diabetes through innovative continuous glucose monitoring (CGM) systems. Over the years, Dexcom emerged as a leader of diabetes care technology. By listening to the needs of users, caregivers, and providers, Dexcom simplifies and improves diabetes management around the world. Dexcom employs on-site and remote workers in California, as well as out-of-state remote workers.

4. In or around February 2021, after Medtronic terminated his employment, Boykin started working at Dexcom as its Senior Director Global Technical Support. Boykin worked, and continues to work, for Dexcom in San Diego, California. Dexcom pays income and payroll taxes on wages earned by Boykin.

5. Dexcom has not received or relied upon any of Medtronic's confidential and/or proprietary information as a result of Boykin's employment. Boykin received several written reminders prior to employment and during employment to not disclose, use or rely upon any of Medtronic's confidential and/or proprietary information while performing work at Dexcom. Dexcom's offer letter to Boykin made clear he was prohibited from using or disclosing any information of his prior employers, and he also signed an Employee Proprietary Information and Inventions Agreement acknowledging that Dexcom forbids him from using or sharing any third-party information during his employment with Dexcom.

6. Dexcom is relying on Boykin to perform customer satisfaction management that is essential to Dexcom's day-to-day operations and success as a company. For example, Boykin works with third-party contact centers which receive direct correspondence form Dexcom customers. These contact centers are located in Barcelona, Philippines, Lithuania, and in the United States. Boykin manages a team that handles customer communication which provides customer metrics to Boykin such as answer rates, hold time, handle time, and operational responsiveness. Boykin utilizes this data from Dexcom customers to improve operational efficiency so that customers remain satisfied with Dexcom's products. Dexcom specifically hired

Boykin to oversee these functions and he is the only Dexcom employee currently assigned to overseeing these operations.

7. Because of the critical nature of his position at Dexcom, even a temporary cessation of Boykin's work for Dexcom would result in irreparable damage to Dexcom's business operations because there would be significant delay in replacing Boykin, causing decreased customer satisfaction, and potentially decreased operational efficiency.

8. The data Boykin receives from his team relates to Dexcom metrics of Dexcom's customers, and there is no information from Medtronic's products that could impact Dexcom's customers' experience. And thus, whatever knowledge Boykin may remember in his head about Medtronic's products provides no advantage to Dexcom in Boykin performing his job.

9. Boykin's exclusive role is to manage customer communication to improve Dexcom's operational efficiency and assist patients in use of their Dexcom CGM systems.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 29th day of September 2021, at San Diego, California.

/s/ Chuck Donlon

Chuck Donlon