Marie Burke Kenny (Bar No. 183640)
E-mail:  marie.kenny@procopio.com
Brook T. Barnes (Bar No. 276667)
E-mail:  brook.barnes@procopio.com
Nicholas Kawuka (Bar No. 297579)
E-mail:  nicholas.kawuka@procopio.com
PROCOPIO, CORY, HARGREAVES &
    SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Plaintiffs Charles Boykin and Dexcom, Inc.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| DEXCOM, INC. and CHARLES BOYKIN,<br><br>Plaintiffs,<br><br>v.<br><br>MEDTRONIC, INC.,<br><br>Defendant. | Case No. 3:21-CV-01677-H-LL<br><br>**PLAINTIFFS' NOTICE OF LODGMENT OF DOCUMENTS IN SUPPORT OF TEMPORARY RESTRAINING ORDER FOR INJUNCTIVE RELIEF**<br><br>**[FRCP 65(B)]**<br><br>Date:    TBD<br>Time:   TBD<br>Dept:   15A<br>Judge:  Hon. Marilyn L. Huff |
|---|---|

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Plaintiffs Charles Boykin and Dexcom, Inc. (Plaintiffs) hereby lodge the following exhibits in support a temporary restraining order for injunctive relief against Medtronic, Inc. pursuant to Rule 65(b) of the Federal Rules of Civil Procedure.

| Exhibit No. | Exhibit Title | Page Nos. |
|---|---|---|
| 1. | A true and correct copy of Medtronic's Statement of Information filed the California Secretary of State. | PLTFS NOL – 000001 - PLTFS NOL - 000003 |

| Exhibit No. | Exhibit Title | Page Nos. |
|---|---|---|
| 2. | A true and correct copy of Medtronic's April 20, 2021 letter to Plaintiff Charles Boykin. | PLTFS NOL – 000004 - PLTFS NOL - 000007 |
| 3. | A true and correct copy of Medtronic's May 21, 2021 letter to Dexcom's Legal Officer. | PLTFS NOL – 000008 - PLTFS NOL - 000010 |
| 4. | A true and correct copy of Medtronic's counsel's July 14, 2021 letter to Dexcom's General Counsel. | PLTFS NOL – 000011 - PLTFS NOL - 000016 |
| 5. | A true and correct copy of Dexcom's General Counsel's July 1, 2021 email response to Medtronic. | PLTFS NOL – 000017 - PLTFS NOL - 000018 |
| 6. | A true and correct copy of Dexcom's July 19, 2021 correspondence to Medtronic. | PLTFS NOL – 000019 - PLTFS NOL - 000023 |
| 7. | A true and correct Medtronic's Complaint against Charles Boykin and Dexcom filed in the County of Anoka, State of Minnesota District Court. | PLTFS NOL – 000024 - PLTFS NOL - 000081 |
| 8. | A true and correct Medtronic's Notice of Motion and Motion for TRO and Expedited Discovery filed in the County of Anoka, State of Minnesota District Court. | PLTFS NOL – 000082 - PLTFS NOL - 000084 |

| Exhibit No. | Exhibit Title | Page Nos. |
|---|---|---|
| 9. | A true and correct Order for Temporary Restraining Order and Expedited Discovery from the State of Minnesota District Court. | PLTFS NOL – 000085 - PLTFS NOL - 000096 |
| 10. | A true and correct copy of Dexcom's counsel's September 28, 2021 correspondence to Medtronic's counsel. | PLTFS NOL – 000097 - PLTFS NOL - 000098 |
| 11. | A true and correct copy of the Employee Agreement between Charles Boykin and Medtronic. | PLTFS NOL – 000099 - PLTFS NOL - 000108 |
| 12. | A true and correct copy of Dexcom's Offer Letter to Charles Boykin. | PLTFS NOL – 000109 - PLTFS NOL - 000111 |
| 13. | A true and correct copy of Charles Boykin's correspondence to Medtronic's General Counsel, Heather C. Fokken. | PLTFS NOL – 000112 - PLTFS NOL - 000113 |

DATED: September 29, 2021        PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: s/ Brook T. Barnes
Marie Burke Kenny
Brook T. Barnes
Nicholas Kawuka
Attorneys for Plaintiffs Dexcom, Inc. and Charles Boykin